UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   SUSAN HALL,

                       Plaintiff,

                                        20 Civ. 2436 (LGS)
         -against-

                                        <u>ORDER</u>

   SAMANTHA REAY,

                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for May 21, 2020;

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

      **ORDERED** that the May 21, 2020, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

      **ORDERED** that, if Defendant seeks to file a motion to dismiss, she shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. It is further

      **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: May 18, 2020
      New York, New York

                                               **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**

2